**Order entered February 3, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-22-00878-CV

---

### J.M.P., JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-92-1623**

---

## ORDER

Before the Court is appellee's February 1, 2023 third motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief tendered to this Court by appellee on January 23, 2023 filed as of the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE